UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KAREN A. AMESBURY, Executrix of the :
ESTATE OF BRIAN MARK PATTON, :
Deceased, and AMY BETH PATTON, :
his wife, and DAVID MORGAN, :
      Plaintiffs, :
       : NO. 3:10-CV-1712
      v. :
       :
CSA, LTD. (CSA), COMBAT SUPPORT : Judge Kosik
ASSOCIATES, AECOM GOVERNMENT :
SERVICES, INC. (AECOM), RESEARCH :
AND ANALYSIS MAINTENANCE, INC., :
(RAM), SMI INTERNATIONAL CORP. :
(SMI), MORGAN LEE HANKS, ALEUT :
MANAGEMENT SERVICES, LLC, :
      Defendants. :

FILED
SCRANTON
JAN 2 3 2014
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 23rd DAY OF JANUARY 2014, IT IS HEREBY ORDERED THAT:

(1) Defendants' Motion in Limine to Preclude Evidence of Damages Available Under the Pennsylvania Survival Act (Doc. 228) is **DENIED**;

(2) Plaintiffs' request to preclude Defendants from introducing the opinions of Joseph P. Tarris (Doc. 246) is **GRANTED**; and

(3) Defendants' request to deny Plaintiff Margaret A. Morgan's recovery of medical bill payments (Doc. 244) is **GRANTED**.

_____
Edwin M. Kosik
United States District Judge